

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2022

No. 04-22-00027-CR

Ishmal **BEARD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR3901
Honorable Kevin M. O'Connell, Judge Presiding

## ORDER

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on February 16, 2022.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2022.

_____
Michael A. Cruz, Clerk of Court